Opinion filed August 10, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed August 10, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00141-CR 

                                                    __________

 

                            PEDRO
SANDOVAL ROMERO, Appellant

                                                             V.

                                        STATE
OF TEXAS, Appellee



 

                                         On
Appeal from the 238th District Court

                                                         Midland
 County, Texas

                                                 Trial Court Cause No. CR30749

 



 

                                                                   O
P I N I O N

Pedro Sandoval Romero was convicted of possession
of cocaine with the intent to deliver. 
Punishment was assessed at confinement for seven years.  A notice of appeal was filed.  Appellant was declared able to pay costs and
is represented by retained counsel.

The appellate record was due to be filed in this
court on or before June 26, 2006.  This
court has been informed in writing that appellant has made no arrangements for
filing the record.  The failure to file
the appellate record appears to be due to appellant=s
actions.  Tex. R. App. P. 37.3(b).

The appeal is dismissed.

 

August
10, 2006                                                                       PER
CURIAM

Do not publish.  See Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.